In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

Maryann Castro

v.

Manuel Castro                    Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011-CI-15957

To: The Justices of The Court Of Appeals

Statement from Maryann Castro

On June 19,2015 when Appellee Brief is due I Maryann Castro want you to know that on Oct 30,2013 this martial asset was hidden I was told and you have Text from the other party saying tittle transfer and it was sold to the Hernandez for 7000.

That was a lie Appellee Manuel Castro and his mistress Christina Pacheco surrendered the 95 fleetwood Mobile home with the Davis law firm when Appellee Manuel Castro filed bankruptcy on or about Aug 2012.

I had not surrendered my interest and I had tried to communicate with the debtor Michael and Misty Hernandez and was threatened I never surrendered the asset.

On 6/12/2015 I called the Texas Department of Housing Affairs spoke to Glenda was told the mobile home has two tax liens and I informed the property had not been paid to me I submitted to the Hernandez a payoff offer in the amount of 15,000 and past due taxes now 2013,2014. I have not heard from the Hernandez. Now its needing immediate attention. Just like my Home 1501 Olive st I hope to apply this ~~is paid~~ Asset to my home 1501 Olive st.

This still is a martial asset and its validity still has value this was not brought up Oct 30,2013 due to Appellee Manuel Castro dishonesty with Counsel Joseph Appelt. I pray for the Court to honor me this asset so that I may retain repossession.

I am notifying the Court of Appeals of my intention and pray for relief in the Agreement for Final Divorce when Appellee Manuel Castro deadline is June 19,2015.

Appellant Maryann Castro prays for Justice. Exhibit A- Letter to Tex Department of Housing Affairs

Exhibit B- Texas Department of Housing and Community affairs

Respectfully

Ms. Maryann Castro Appellant –Pro-se

1501 Olive

Jourdanton Texas 78026

Pacattitude2014@gmail.com

830-496-0133

Date mailed 6/12/15



6/12/15

TO: Texas Department of Housing Affairs

Attn. ; Jerry Trevino

From: Maryann Castro

1501 Olive St

Jourdanton Texas 78026

FAX
512-475-1109

In reference to the following doublewide Fleetwood

Label/Seal  Tex0561908 Serial Number TXFLS84A11032SC12

Label/Seal Tex 0561909 Serial Number   TXFLS84B11032SC12

I had sold this as rent to own to Michael and Misty Hernandez I am the owner and have no plans to release the tittle due to non-payment in the amount of 19,207.29 that is past due not counting the taxes for Atascosa County 2013, 2014 which have not been paid terms that were agreed between the party and I repossession is the plan I have sent the Hernandez a certified letter.

Therefore I remain full owner of the Fleetwood home and did not know the home had a tax lien from the Atascosa County and Plan to Collect from Michael and Misty Hernandez the past due taxes and the manufactured home due to non-payment of agreement.

See copy of Texas Original Tittle

Respectfully

Ms .Maryann Castro

26300249

(B)

**TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS**
## TEXAS ORIGINAL CERTIFICATE OF OWNERSHIP
## MANUFACTURED HOME DOCUMENT OF TITLE

DATE OF CERTIFICATE
10/27/95

CERTIFICATE NUMBER
00798399

THIS DOCUMENT OF TITLE MAY NOT REFLECT THE EXISTENCE OF A TAX LIEN.
INFORMATION MAY BE OBTAINED FROM THE DEPARTMENT ON WRITTEN REQUEST.

MANUFACTURER   Fleetwood Homes Of Texas Inc [waco]
1101 Foundation Dr.
Waco Tx 76710

MODEL DESIGNATION   Suncrest

COUNTY WHERE INSTALLED   Bexar

| DATE OF MANUFACTURE 08/28/95 | | LABEL/SEAL NUMBER | SERIAL NUMBER | WEIGHT | SIZE (EXCLUDING HITCH) |
|---|---|---|---|---|---|
| | SINGLE WIDE | TEX0561908 | TXFLS84A11032SC12 | 15300 | 14.0 X 44.0 |
| TOTAL SQ. FEET  1202 | DOUBLE WIDE | TEX0561909 | TXFLS84B11032SC12 | 13700 | 14.0 X 44.0 |
| | TRIPLE WIDE | | | | |

OWNER   Manuel Castro
Mary Ann Castro
6026 Hazel Valley
San Antonio TX 78242

HOME IS SUBJECT TO THE FOLLOWING MORTGAGE LIENS IN FAVOR OF

BAHS, Bank of America, FSB

FIRST LIEN   08/30/95   BAHS - Bank of America, FSB
14100 San Pedro
#510
San Antonio TX 78232

Release of Lien — Signature: *Lisa Pelomaro AVP*   Title   Date 2/13/14

NOTARY
Justin Smythe-Ellsworth
Notary Public
Maricopa County, Arizona
My Comm. Expires 05-14-17

NOTARY SIGNATURE — *Smythe-Ellsworth*   DATE 2/13/14

EACH OWNER MUST SIGN DOCUMENT OF TITLE IMMEDIATELY UPON RECEIPT

SIGNATURE OF OWNER(S) _____

RIGHT OF SURVIVORSHIP  [X] YES   [ ] NO

SELLER   PALM HARBOR VILLAGE DBA C & S
MAGNAHOME
2615 SW LOOP 410
SAN ANTONIO TX 78227

SECOND LIEN

Release of Lien   Signature   Title   Date

NOTARY   NOTARY STAMP

NOTARY SIGNATURE   DATE

*LARRY PAUL MANLEY*
LARRY PAUL MANLEY
EXECUTIVE DIRECTOR

847820

# green tree

June 5, 2015

Green Tree Servicing LLC
PO Box 6172
Rapid City, SD 57709-6172
Tel. 800-643-0202
Fax. 866-870-9919
GTServicing.com

MARY ANN CASTRO
PO BOX 495
PLEASANTON, TX 78064

RE: Account Number: 275029239
Creditor: Green Tree Servicing LLC

Dear MARY ANN CASTRO:

Enclosed please find a copy of the document that you requested on your account with us.

If you have any additional questions, please contact Customer Service at 1-800-643-0202, Monday – Friday, 7:00 a.m. – 8:00 p.m. Central Time or on Saturday, 7:00 a.m. – 1:00 p.m. Central Time.

Sincerely,

Green Tree Servicing LLC
Customer Service

LTR-121